IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| *ex rel*. BRIANNA MICHAELS and AMY WHITESIDES, | ) ) | CA No. 0:12-CV-03466-JFA |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AGAPE SENIOR COMMUNITY, ET AL., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**Order**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

**IT IS ORDERED** that,

1. the complaint be unsealed and served upon the defendants by the relators;

2. the relators serve this Order and the Government's Notice of Election to Decline Intervention, after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States; and that

7. should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, either the relators or the defendants will solicit the written consent of the United States before presenting the matter to this court for its ruling or granting its approval.

**IT IS SO ORDERED.**

March 7, 2013  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge