UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| United States of America ex rel. Brianna Michaels and Amy Whitesides, | ) ) ) | CA No. 0:12-CV-03466-JFA |
| Plaintiffs, | ) ) ) | ORDER FOR APPOINTMENT OF SPECIAL MASTER |
| v. | ) ) | |
| Agape Senior Community, et al, | ) ) | |
| Defendants. | ) ) | |

    The Court hereby appoints Professor James Flanagan as this Court's Special Master for the purpose of presiding over the upcoming depositions of Kevin McHugh and Erik Sinegal to be conducted on November 14, 2014, and November 19, 2014 in Courtroom No. VIII of the Matthew J. Perry, Jr. Federal Courthouse, 901 Richland Street, Columbia, South Carolina.

    Professor Flanagan shall have full authority to rule on any and all evidentiary objections that might be lodged at the depositions by the attorneys or any claims of privilege that might be asserted by either of the witnesses.

    In the event that either party wishes to videotape the depositions, the United States Marshal Service is requested to allow the videographer to bring his or her equipment to Courtroom No. VIII for this purpose only.

    Upon the completion of the depositions, Professor Flanagan shall submit his invoice for services rendered to this Court, and the Court will divide the costs equally between the

Plaintiff and the Defendant.

    IT IS SO ORDERED.

November 13, 2014　　　　　　　　　　Joseph F. Anderson, Jr.
Columbia, South Carolina　　　　　　　United States District Judge