UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| United States of America ex rel.<br>Brianna Michaels and Amy Whitesides,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Agape Senior Community, et al,<br><br>　　　　　　Defendants. | CA No. 0:12-CV-03466-JFA<br><br><br>ORDER |

The Court has been informed by the mediator in this case that mediation did not result in a successful settlement, but that talks are ongoing. While the Court encourages the parties to continue pursuing settlement options, the Court must require that discovery proceed in this case. To this end, the Court hereby requests that the parties attend a status conference on Monday, December 8, 2014, at 10:00 A.M, for the purpose of discussing the method of selecting 100 claims for the first phase of trial in this case. A notice of the status conference is issued contemporaneously with this Order.

　　　　IT IS SO ORDERED.

December 1, 2014　　　　　　　　　　　Joseph F. Anderson, Jr.
Columbia, South Carolina　　　　　　　United States District Judge