IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| United States of America *ex rel.* BRIANNA MICHAELS and AMY WHITESIDES,<br><br>　　　　　Relators,<br><br>vs.<br><br>AGAPE SENIOR COMMUNITY, INC.; AGAPE SENIOR PRIMARY CARE, INC.; AGAPE SENIOR SERVICES, INC.; AGAPE SENIOR, LLC; AGAPE MANAGEMENT SERVICES, INC.; AGAPE COMMUNITY HOSPICE, INC.; AGAPE NURSING AND REHABILITATION CENTER, INC. d/b/a AGAPE REHABILITATION OF ROCK HILL a/k/a AGAPE SENIOR POST ACUTE CARE CENTER – ROCK HILL a/k/a EBENEZER SENIOR SERVICES, LLC; AGAPE SENIOR FOUNDATION, INC.; AGAPE COMMUNITY HOSPICE OF ANDERSON, INC.; AGAPE HOSPICE OF THE PIEDMONT, INC.; AGAPE COMMUNITY HOSPICE OF THE GRAND STRAND, INC.; AGAPE COMMUNITY HOSPICE OF THE PEE DEE, INC.; AGAPE COMMUNITY HOSPICE OF THE UPSTATE, INC.; AGAPE HOSPICE HOUSE OF HORRY COUNTY, INC.; AGAPE HOSPICE HOUSE OF LAURENS, LLC; AGAPE HOSPICE HOUSE OF THE LOW COUNTRY, INC.; AGAPE HOSPICE HOUSE OF THE PIEDMONT, INC.; AGAPE REHABILITATION OF CONWAY, INC.; AGAPE SENIOR SERVICES FOUNDATION, INC.; AGAPE THERAPY, INC.; AGAPE HOSPICE; HOSPICE PIEDMONT; HOSPICE ROCK HILL; and CAROLINAS COMMUNITY HOSPICE, INC.,<br><br>　　　　　Defendants. | C/A No. 0:12-cv-03466-JFA<br><br><br><br><br><br>**ORDER** |

In response to Defendants' Motion for Clarification of Order of December 10, 2014 Setting Additional Deadlines, the court hereby sets the following deadlines:

1. By December 23, 2014, Relators shall identify the alleged false claims surrounding the approximate 95 patients set for trial in May 2015;

2. By December 23, 2014, Relators shall provide expert findings and/or reports and shall file and serve the witness disclosures required by Rule 26(a)(2)(B) and (C) with respect to the alleged false claims surrounding the approximate 95 patients set for trial in May 2015;[1]

3. By December 23, 2014, Relators shall disclose a "computation of each category of damages claimed" under Rule 26(a)(1)(A)(iii) surrounding the approximate 95 patients set for trial in May 2015;

4. By January 23, 2015, Defendants shall provide any expert findings and/or reports and shall file and serve the witness disclosures required by Rule 26(a)(2)(B) and (C) with respect to the alleged false claims surrounding the approximate 95 patients set for trial in May 2015.

All other deadlines shall remain the same.

IT IS SO ORDERED.

December 11, 2014                                   Joseph F. Anderson, Jr.
Columbia, South Carolina                            United States District Judge

---

[1] In the December 10, 2014 Order, the Court ordered, "the Relators shall identify their experts and the 95 patients by Friday, December 12, 2014. Thereafter, the Defendants have 10 days to identify their experts." The court set such deadlines based on the representations by both parties at the status conference on December 8, 2014. However, as requested by Defendants, the Relators deadline to identify experts and comply with Rule 26(a)(2)(B) and (C) is now December 23, 2014. Further, as requested by Defendants, the Defendants deadline to identify experts and comply with Rule 26(a)(2)(B) and (C) is now January 23, 2015.