UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| United States of America ex rel. Brianna Michaels and Amy Whitesides, | ) ) ) | CA No. 0:12-03466-JFA |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| Agape Senior Community, et al, | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

The Court has received the attached invoice from Professor James Flanagan, the Court's Special Master in this case. The parties are each directed to pay one-half of the total bill directly to Professor Flanagan as soon as reasonably possible.

IT IS SO ORDERED.

December 12, 2014
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge