Professor James F. Flanagan
Law Center
1701 South Main Street Rm. 317
Columbia, S.C. 29208

December 12, 2014

Hon. Joseph F. Anderson Jr.
United States District Court Judge
901 Richland Street
Columbia, S.C. 29201

Re: Appointment as Special Master

Dear Judge Anderson,

Thank you for the honor of appointing me as a special master in United States ex rel Michaels and Whitesides v. Agape Senior Community, et al. The deposition of Mr. Kevin McHugh was held on November 14th and the deposition of Mr. Erik Sinegal, originally scheduled for November 21 has been cancelled. I submitted my Report of Mr. McHugh's deposition earlier this week.

As requested I am submitting an invoice for my professional services as follows:

For professional services rendered in reviewing motions and other materials and presiding at the deposition of Mr. Kevin McHugh in the case of United States ex rel Michaels and Whitesides v. Agape Senior Community, et al, and preparing the Report of the Special Master 9.5 hours  -   $2375

Please let me know if I can be of further service to you.

Sincerely,

/S/ James F. Flanagan