IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| United States of America *ex rel.* BRIANNA MICHAELS and AMY WHITESIDES,<br><br>　　　　Relators,<br><br>vs.<br><br>AGAPE SENIOR COMMUNITY, INC.; AGAPE SENIOR PRIMARY CARE, INC.; AGAPE SENIOR SERVICES, INC.; AGAPE SENIOR, LLC; AGAPE MANAGEMENT SERVICES, INC.; AGAPE COMMUNITY HOSPICE, INC.; AGAPE NURSING AND REHABILITATION CENTER, INC. d/b/a AGAPE REHABILITATION OF ROCK HILL a/k/a AGAPE SENIOR POST ACUTE CARE CENTER – ROCK HILL a/k/a EBENEZER SENIOR SERVICES, LLC; AGAPE SENIOR FOUNDATION, INC.; AGAPE COMMUNITY HOSPICE OF ANDERSON, INC.; AGAPE HOSPICE OF THE PIEDMONT, INC.; AGAPE COMMUNITY HOSPICE OF THE GRAND STRAND, INC.; AGAPE COMMUNITY HOSPICE OF THE PEE DEE, INC.; AGAPE COMMUNITY HOSPICE OF THE UPSTATE, INC.; AGAPE HOSPICE HOUSE OF HORRY COUNTY, INC.; AGAPE HOSPICE HOUSE OF LAURENS, LLC; AGAPE HOSPICE HOUSE OF THE LOW COUNTRY, INC.; AGAPE HOSPICE HOUSE OF THE PIEDMONT, INC.; AGAPE REHABILITATION OF CONWAY, INC.; AGAPE SENIOR SERVICES FOUNDATION, INC.; AGAPE THERAPY, INC.; AGAPE HOSPICE; HOSPICE PIEDMONT; HOSPICE ROCK HILL; and CAROLINAS COMMUNITY HOSPICE, INC.,<br><br>　　　　Defendants. | C/A No. 0:12-cv-03466-JFA<br><br><br><br>**ORDER** |

In response to Relators' Motion to Compel *In Camera* Review, ECF No. 199, the court hereby orders Defendants to furnish to the court for *in camera* review the 52 documents that were deemed privileged solely by Defendants.[1]  In addition to the 52 documents, the court hereby orders Defendants to furnish to the court a random sample of 50 documents out of the remaining 357 documents.  The 50 documents should be selected by the following selection method:  every 7th document out of the 357 documents on the privilege log provided to the court, until the amount equals 50 documents.[2]

The Defendants have until **January 7, 2015** to furnish the aforementioned documents to the court.  The court reserves the right to impose sanctions on the losing party to the attorney-client privilege review.

IT IS SO ORDERED.

December 23, 2014                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                          United States District Judge

---

[1] For clarification, the Defendants in their Response to Relators' Motion for *In Camera* Review represent to the court that 357 of the 409 documents for which Defendants assert a privilege were also identified by the Government—by way of a "taint team" review—as privileged.  Therefore, only 52 documents out of the 409 on the privilege log were deemed privileged solely by the Defendants.

[2] In other words, the Defendants shall start with a list of only the 357 documents, and then furnish document number 1, number 8, number 15, etc.