IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| United States of America *ex rel.* BRIANNA MICHAELS and AMY WHITESIDES,<br><br>   Relators,<br><br>vs.<br><br>AGAPE SENIOR COMMUNITY, INC.; AGAPE SENIOR PRIMARY CARE, INC.; AGAPE SENIOR SERVICES, INC.; AGAPE SENIOR, LLC; AGAPE MANAGEMENT SERVICES, INC.; AGAPE COMMUNITY HOSPICE, INC.; AGAPE NURSING AND REHABILITATION CENTER, INC. d/b/a AGAPE REHABILITATION OF ROCK HILL a/k/a AGAPE SENIOR POST ACUTE CARE CENTER – ROCK HILL a/k/a EBENEZER SENIOR SERVICES, LLC; AGAPE SENIOR FOUNDATION, INC.; AGAPE COMMUNITY HOSPICE OF ANDERSON, INC.; AGAPE HOSPICE OF THE PIEDMONT, INC.; AGAPE COMMUNITY HOSPICE OF THE GRAND STRAND, INC.; AGAPE COMMUNITY HOSPICE OF THE PEE DEE, INC.; AGAPE COMMUNITY HOSPICE OF THE UPSTATE, INC.; AGAPE HOSPICE HOUSE OF HORRY COUNTY, INC.; AGAPE HOSPICE HOUSE OF LAURENS, LLC; AGAPE HOSPICE HOUSE OF THE LOW COUNTRY, INC.; AGAPE HOSPICE HOUSE OF THE PIEDMONT, INC.; AGAPE REHABILITATION OF CONWAY, INC.; AGAPE SENIOR SERVICES FOUNDATION, INC.; AGAPE THERAPY, INC.; AGAPE HOSPICE; HOSPICE PIEDMONT; HOSPICE ROCK HILL; and CAROLINAS COMMUNITY HOSPICE, INC.,<br><br>   Defendants. | C/A No. 0:12-cv-03466-JFA<br><br><br><br>**ORDER** |

This matter comes before the Court on Defendants' motion to file under seal the Defendants' Reply in Further Support of Motion for Partial Summary Judgment and Memorandum in Support (the "Reply").  The Reply details a proposed settlement agreement, which has not been made public and will not be made public until such settlement agreement is consummated.

After reviewing the memorandum in support, the Court grants the foregoing motion to seal, ECF No. 289.  The parties are entitled to conduct negotiations in confidence.  Confidential materials appear throughout the Motion for Partial Summary Judgment and the Reply—rendering redaction impractical.  Further, the Motion for Partial Summary Judgment and the Reply do not relate to any historical public event; therefore, there is no question of whether the release of the sealed documents would enhance the public's understanding of an important historical event.  Finally, cases in which sealing has been denied have involved strong public interest; however, no such countervailing public interest outweighs the interest of the parties in the confidentiality of their negotiations.

Public notice of the request to seal and opportunity to object is afforded by virtue of the publicly filed motion to seal.  No objections have been filed to the motion to seal.  Accordingly, the Court finds persuasive the arguments of counsel in favor of sealing the document.  The confidential nature of the status of settlement in the documents at issue requires that the Reply be sealed.

IT IS SO ORDERED.

June 5, 2015                                         Joseph F. Anderson, Jr.
Columbia, South Carolina                   United States District Judge