IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| United States of America *ex rel*., Brianna Michaels and Amy Whitesides, | ) ) ) | C/A No. 0:12-3466-JFA |
| Plaintiff-Relators, | ) ) | ORDER CORRECTING AND REDACTING |
| v. | ) ) ) | CERTAIN INFORMATION FROM JUNE 25, 2015 ORDER |
| Agape Senior Community, Inc.; Agape Senior Primary Care, Inc.; Agape Senior Services, Inc.; Agape Senior, LLC; Agape Management Services, Inc.; Agape Community Hospice, Inc.; Agape Nursing and Rehabilitation Center, Inc. d/b/a Agape Rehabilitation of Rock Hill a/k/a Agape Senior Post Acute Care Center – Rock Hill a/k/a Ebenezer Senior Services, LLC; Agape Senior Foundation, Inc.; Agape Community Hospice of Anderson, Inc.; Agape Hospice of the Piedmont, Inc.; Agape Community Hospice of the Grand Strand, Inc.; Agape Community Hospice of the Pee Dee, Inc.; Agape Community Hospice of the Upstate, Inc.; Agape Hospice House of Horry County, Inc.; Agape Hospice House of Laurens, LLC; Agape Hospice House of the Low Country, Inc.; Agape Hospice House of the Piedmont, Inc.; Agape Rehabilitation of Conway, Inc.; Agape Senior Services Foundation, Inc.; Agape Therapy, Inc.; Agape Hospice; Hospice Piedmont; Hospice Rock Hill; and Carolinas Community Hospice, Inc., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | (ECF No. 296) |
| Defendants. | ) ) | |

1

Subsequent to the Court's issuance of the June 25, 2015 Order, the parties have requested that the Court correct one error and seal a portion of that Order. Finding both requests to be meritorious, the Court will grant both requests.

The June 25, 2015 Order (ECF No. 296) contains references to efforts made to settle this case, including the amount offered by the Defendants in full settlement of all claims. In the event this case were to ultimately go to trial, information concerning a proposed settlement could, if reported publically, present procedural problems for this Court in terms of selecting a fair and impartial jury. For this reason, the Court will grant the motion to redact from the June 25, 2015 Order two references that would indicate the amount of the proposed settlement. First, on page 5, in the first full paragraph, the proposed settlement following the words "The sum of" shall be redacted. Secondly, in the last paragraph of the same page, the percentage referenced in the second sentence shall also be redacted.

Finally, in the last line on page 11, there is a reference to the Government's request for permission to unseal the "indictment" in this case. As the parties have correctly pointed out, there has been no indictment. Accordingly, the word "indictment" is deleted and the word "complaint" is substituted in its stead.

IT IS SO ORDERED.

July 6, 2015                                 Joseph F. Anderson, Jr.
Columbia, South Carolina                     United States District Judge