IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| United States of America *ex rel*., Brianna Michaels and Amy Whitesides, )<br>)<br>Plaintiff-Relators, )<br>)<br>v. )<br>)<br>Agape Senior Community, Inc.; Agape Senior Primary Care, Inc.; Agape Senior Services, Inc.; Agape Senior, LLC; Agape Management Services, Inc.; Agape Community Hospice, Inc.; Agape Nursing and Rehabilitation Center, Inc. d/b/a Agape Rehabilitation of Rock Hill a/k/a Agape Senior Post Acute Care Center – Rock Hill a/k/a Ebenezer Senior Services, LLC; Agape Senior Foundation, Inc.; Agape Community Hospice of Anderson, Inc.; Agape Hospice of the Piedmont, Inc.; Agape Community Hospice of the Grand Strand, Inc.; Agape Community Hospice of the Pee Dee, Inc.; Agape Community Hospice of the Upstate, Inc.; Agape Hospice House of Horry County, Inc.; Agape Hospice House of Laurens, LLC; Agape Hospice House of the Low Country, Inc.; Agape Hospice House of the Piedmont, Inc.; Agape Rehabilitation of Conway, Inc.; Agape Senior Services Foundation, Inc.; Agape Therapy, Inc.; Agape Hospice; Hospice Piedmont; Hospice Rock Hill; and Carolinas Community Hospice, Inc., )<br>)<br>Defendants. )<br>_____ | C/A No. 0:12-3466-JFA<br><br>ORDER<br>ALLOWING DOCUMENTS<br>TO BE FILED UNDER SEAL |

1

In accordance with Local Rule 5.03, the Court finds that the government has made a proper showing for the filing of its Notice of Clarification and supporting documents under seal. These documents refer to information about a confidential government investigation. The Notice of Clarification meets the factors for sealing documents as set out by the United States Court of Appeals for the Fourth Circuit in *Ashcroft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000). The motion has been filed publicly, allowing interested parties a reasonable opportunity to object. Also, there are no less drastic alternatives. Accordingly, the Clerk is authorized to file the documents referenced above under seal.

    IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

July 6, 2015　　　　　　　　　　　　　　Joseph F. Anderson, Jr.
Columbia, South Carolina　　　　　　　United States District Judge