IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| United States of America *ex rel*., Brianna Michaels and Amy Whitesides, | ) ) ) | C/A No. 0:12-3466-JFA |
| Plaintiff-Relators, | ) ) ) | ORDER ALLOWING DOCUMENTS |
| v. | ) ) | TO BE FILED UNDER SEAL |
| Agape Senior Community, Inc.; Agape Senior Primary Care, Inc.; Agape Senior Services, Inc.; Agape Senior, LLC; Agape Management Services, Inc.; Agape Community Hospice, Inc.; Agape Nursing and Rehabilitation Center, Inc. d/b/a Agape Rehabilitation of Rock Hill a/k/a Agape Senior Post Acute Care Center – Rock Hill a/k/a Ebenezer Senior Services, LLC; Agape Senior Foundation, Inc.; Agape Community Hospice of Anderson, Inc.; Agape Hospice of the Piedmont, Inc.; Agape Community Hospice of the Grand Strand, Inc.; Agape Community Hospice of the Pee Dee, Inc.; Agape Community Hospice of the Upstate, Inc.; Agape Hospice House of Horry County, Inc.; Agape Hospice House of Laurens, LLC; Agape Hospice House of the Low Country, Inc.; Agape Hospice House of the Piedmont, Inc.; Agape Rehabilitation of Conway, Inc.; Agape Senior Services Foundation, Inc.; Agape Therapy, Inc.; Agape Hospice; Hospice Piedmont; Hospice Rock Hill; and Carolinas Community Hospice, Inc., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

1

In accordance with Local Rule 5.03, the Court finds, for the same reasons as stated in the June 6, 2015 Order, that the Defendants have made a proper showing for the filing of its Reply to the United States' Notice of Clarification and supporting documents under seal. These documents refer to information about a confidential government investigation. The Reply to the Notice of Clarification meets the factors for sealing documents as set out by the United States Court of Appeals for the Fourth Circuit in *Ashcroft v. Conoco, Inc*., 218 F.3d 288, 302 (4th Cir. 2000). The motion has been filed publicly, allowing interested parties a reasonable opportunity to object. Also, there are no less drastic alternatives. Accordingly, the Clerk is authorized to file the documents referenced above under seal.

IT IS SO ORDERED.

July 7, 2015                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                        United States District Judge