IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | C/A No.: 0:12-03466-JFA |
| *ex rel.* BRIANNA MICHAELS and | ) | |
| AMY WHITESIDES, | ) | |
| | ) | |
| Plaintiffs, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| AGAPE SENIOR COMMUNITY, INC., | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Having been advised by counsel for the Plaintiffs that the above action has been settled in principle, and having been advised that Plaintiffs, Defendants, and the United States consent to entry of this order,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within sixty (60) days of the filing of this order, either party may petition the Court to reopen this action and restore it to the calendar, pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure. In the alternative, to the extent permitted by law, either party may within sixty days petition the Court to enforce the settlement. *See Fairfax Countywide Citizens v. Fairfax Cnty*, 571 F.2d 1299 (4th Cir. 1978). By agreement of the parties, the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381–82 (1994). The dismissal hereunder shall be with prejudice if no action is taken under either alternative within sixty (60) days from the filing date of this order.

IT IS SO ORDERED.

August 23, 2017
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge